IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTEL BAILEY, JEFFREY DUBITSKY
AND FLORIDA HEALTH CONNECTION LLC,

      Appellants,

Case No. 5D21-1746
v.                                  LT Case No. 05-2018-CA-047523

THE CITY OF SATELLITE BEACH, FRANK
CATINO, MARK BRIMER, AND MINDY GIBSON,

      Appellees.
_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Brevard County,
George T. Paulk, Judge.

Nicholas A. Vidoni, of Vidoni Law
PLLC, Cocoa, for Appellants.

James P. Beadle, of Spira, Beadle
& McGarrell, P.A., Palm Bay, for
Appellee, City of Satellite Beach.

Clifford B. Shepard, Patrick Brackins,
and Jacob Schumer, of Shepard, Smith,
Kohlmyer & Hand, P.A., Maitland, for
Appellees', Frank Catino, Mark Brimer
and Mindy Gibson.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.